AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)*<br><br>Chesler, Stanley R. | **2. Court or Organization**<br><br>United States District Court | **3. Date of Report**<br><br>01/28/2002 |
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge Nominee | **5. Report Type (check type)**<br><br>X Nomination, Date 01/23/2002<br><br>___ Initial ___ Annual ___ Final | **6. Reporting Period**<br>01/01/2001<br>to<br>01/15/2002 |
| **7. Chambers or Office Address**<br><br>U.S.P.O. & Cthse. Bldg.<br><br>Room 457<br><br>Newark, NJ 07101 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS   *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Co-trustee of Testamentary trust established by the Will of Anatol Epstein | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS   *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [X] NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | None |
| 3 | | |

## III. NON-INVESTMENT INCOME   *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | | K. Hovnanian Enterprises | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Evergreen Small Co. Growth Fund, Boston, MA | A | Dividend | J | T | Exempt | | | | |
| 2 Fleet Bank, Mountainside, NJ, ck. acct. | A | Interest | J | T | Exempt | | | | |
| 3 Fleet Bank, Cert. of Deposit | B | Interest | K | T | Exempt | | | | |
| 4 Fleet Bank ck. acct. | A | Interest | J | T | Exempt | | | | |
| 5 Fleet Bank. Cert. of Deposit (IRA) | C | Interest | K | T | Exempt | | | | |
| 6 Fleet Bank Cert. of Deposit (IRA) | C | Interest | J | T | Exempt | | | | |
| 7 U.S. Treasury Bills, Dept. of Treasury | E | Interest | M | T | Exempt | | | | |
| 8 Smith Barney CG Cap. Mkt. Lg. Cap. Growth Investment | A | Dividend | J | T | Exempt | | | | |
| 9 Smith Barney CG Cap. Mkts. Lg. Cap. Value Investment | A | Dividend | J | T | Exempt | | | | |
| 10 Smith Barney CG Cap. Mkts. Int'l. Equity Investment | A | Dividend | J | T | Exempt | | | | |
| 11 Smith Barney Cap. Mkt. Small Cap Growth Investment | A | Dividend | J | T | Exempt | | | | |
| 12 Smith Barney CG Capital Mkts. sm. cap value investment | A | Dividend | J | T | Exempt | | | | |
| 13 CG Capital Markets Intermediate fixed income | A | Dividend | J | T | Exempt | | | | |
| 14 Sparta Twp. Bd. of Ed. Bond | A | Interest | J | T | Exempt | | | | |
| 15 N.J. State Bond | A | Interest | J | T | Exempt | | | | |
| 16 N.J. State Bond | A | Interest | J | T | Exempt | | | | |
| 17 NJ State Bond | A | Interest | J | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Port Authority NY&NJ Bond | A | Interest | J | T | Exempt | | | | |
| 19 Banco Popular, Brooklyn, NY, money market | A | Interest | K | T | Exempt | | | | |
| 20 Banco Popular, Brooklyn, NY ck. acct. | A | Interest | J | T | Exempt | | | | |
| 21 Banco Popular, Bklyn, NY ck. acct. | A | Interest | J | T | Exempt | | | | |
| 22 Banco Popular, Bklyn, NY savings acct. | A | Interest | J | T | Exempt | | | | |
| 23 U.S. Treasury Bills Fed. Reserve Bank of NY | E | Interest | N | T | Exempt | | | | |
| 24 Stock in FPL Group, Inc., Juno Beach, FLA | A | Dividend | J | T | Exempt | | | | |
| 25 Fleet Bank | C | Interest | M | T | Exempt | | | | |
| 26 IRT Stable Value Fund | A | Dividend | K | T | Exempt | | | | |
| 27 IRT 500 Index Fund | A | Dividend | K | T | Exempt | | | | |
| 28 Fleet Bank Checking | A | Interest | J | T | Exempt | | | | |
| 29 Fleet Bank checking | A | Interest | J | T | Exempt | | | | |
| 30 Fleet Bank checking | A | Interest | J | T | Exempt | | | | |
| 31 Fleet Bank - money mkt. | A | Interest | J | T | Exempt | | | | |
| 32 Fleet Bank - money mkt. | A | Interest | J | T | Exempt | | | | |
| 33 Fleet Bank - CD | A | Interest | J | T | Exempt | | | | |
| 34 Fleet Bank - money market | A | Interest | J | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chesler, Stanley R. | 01/28/2002 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 New Jersey State Bond | A | Interest | K | T | Exempt | | | | |
| 36 New Jersey State Bond | A | Interest | J | T | Exempt | | | | |
| 37 New Jersey State Bond | A | Interest | J | T | Exempt | | | | |
| 38 New Jersey State Bond | A | Interest | J | T | Exempt | | | | |
| 39 Port Authority NY & NJ Bond | A | Interest | J | T | Exempt | | | | |
| 40 ML Banking Advantage | A | Interest | K | T | Exempt | | | | |
| 41 Microsoft Common | A | Dividend | J | T | Exempt | | | | |
| 42 U.S. Treasury Bills, Dept. of Treasury | D | Interest | L | T | Exempt | | | | |
| 43 Smith Barney CG Cap.Mkts. Govt. Money Investment | A | Dividend | J | T | Exempt | | | | |
| 44 Synergy Bank CD's | A | Interest | L | T | Exempt | | | | |
| 45 Cisco Common | A | Dividend | J | T | Exempt | | | | |
| 46 Synergy Bank CD | A | Interest | L | T | Exempt | | | | |
| 47 Synergy Bank CD | A | Interest | K | T | Exempt | | | | |
| 48 Port Authority of NY & NJ bond | A | Interest | J | T | Exempt | | | | |
| 49 NJ State Bond | A | Interest | J | T | Exempt | | | | |
| 50 Sunrise Bank CD (IRA) | A | Interest | K | T | Exempt | | | | |
| 51 Investors Bank CD | A | Interest | J | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Port Authority NY & NJ bond | A | Interest | J | T | Exempt | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

19.-23.   These accounts are my mother's funds and are maintained as joint accounts in order to manage her financial affairs.

24.-25.   These accounts are assets of the Anatol Epstein testamentary trust for the benefit of my niece.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Chesler, Stanley R. | 01/28/2002 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

19.-23.   These accounts are my mother's funds and are maintained as joint accounts in order to manage her financial affairs.

24.-25.   These accounts are assets of the Anatol Epstein testamentary trust for the benefit of my niece.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date __1/28/02__

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544